No. 74–5855.   WRIGHT v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–821.   HARDING v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioner was convicted of receiving obscene materials which had been transported in interstate commerce in violation of 18 U. S. C. § 1462.   The United States Court of Appeals for the Tenth Circuit affirmed the conviction.   475 F. 2d 480 (1973).   We granted the petition for certiorari, and remanded the case for further consideration in light of *Miller* v. *California,* 413 U. S. 15 (1973).   414 U. S. 964 (1973).   On remand, the District Court determined that the material was obscene under the *Miller* standard, and reinstated the judgment of conviction.   Again, the Tenth Circuit affirmed.

For the reasons stated in my dissent from the remand of this case, 414 U. S., at 965, and because the present judgment was rendered after *Miller,* I would grant the petition and reverse the judgment.

No. 74–935.   CHICAGO BOARD OF HEALTH ET AL. v. FRIENDSHIP MEDICAL CENTER, LTD., ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE WHITE would grant certiorari.

No. 74–946.   DUPLAN CORP. ET AL. v. MOULINAGE ET RETORDERIE DE CHAVANOZ.   C. A. 4th Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.